ROSE WENGER, Appellant, *v.* ABRAHAM MOLLIN, Respondent.

(Argued April 25, 1934; decided May 22, 1934.)

*David L. Weissman* for appellant.

*Harold J. Hinman* and *Edward L. Johnson* for respondent.

Judgments modified by granting a new trial, with costs to abide the event. Held, that the case presented an issue of fact which should have been submitted to the jury. No opinion.

Concur: POUND, Ch. J., O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: CRANE and LEHMAN, JJ.